UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60350-CIV-DIMITROULEAS

CLEAN COAL TECHNOLOGIES, INC.,

Magistrate Judge Snow

    Plaintiff,

vs.

HELENE HAMILTON, et al.

    Defendants.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Plaintiff's Motion for Sanctions [DE 74], and the Report and Recommendation of Magistrate Judge Lurana S. Snow, dated July 7, 2010 [DE 99]. The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F. 2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F. 2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises.  The Court agrees with the Magistrate Judge's conclusion that the Motion be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Report and Recommendation [DE 99] is hereby **ADOPTED** and **APPROVED**;

    2.    Plaintiffs' Motion for Sanctions [DE 74] is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of July, 2010.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record
Magistrate Judge Snow